**NJID 752190**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION
ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     CAROL A. LIGHTNER A/K/A CAROL LIGHTNER | : CASE NO.  12-39575-KCF |
|   Debtor(s) | **: NOTICE OF MOTION FOR** |
| | **: RELIEF FROM AUTOMATIC** |
| | **: STAY PURSUANT TO 11 USC** |
| | **: SECTION 362(d)** |

CAROL A. LIGHTNER A/K/A CAROL LIGHTNER
2 BUCKNELL LN
WILLINGBORO, NJ 08046

KEVIN C. FAYETTE, ESQUIRE
LAW OFFICES OF KEVIN FAYETTE, LLC
1675 WHITEHORSE MERCERVILLE ROAD
SUITE 204
HAMILTON, NJ 08619

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

PLEASE TAKE NOTICE that on 03/28/2018 @9:00AM or as soon as counsel may
be heard, the undersigned attorney for the secured creditor will move before the United
States Bankruptcy Court, 402 E. STATE STREET, TRENTON,, New Jersey for an Order
Vacating the Automatic Stay with respect to property located at 2 BUCKNELL LANE,
WILLINGBORO, NJ 08046-1602 and allowing SETERUS, INC., AS AUTHORIZED
SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE
MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF
THE UNITED STATES OF AMERICA to continue its contractual remedies or other
remedies that may be available under state law, by reason of failure of the debtor to make
regular monthly mortgage payments outside the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Movant will rely upon the Certification in Support and the proposed Order submitted herewith, as well as, oral arguments, if necessary. Pursuant to D.N.J. LBR 9013-2, Movant states that no brief or memorandum of law is necessary because of the absence of novel or complex questions of law. However, if responsive papers are filed in opposition to the Motion, the Movant reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

Dated: February 8, 2018

/s/ Sherri J. Braunstein
Sherri J. Braunstein, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: sherri.Braunstein@phelanhallinan.com